USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                                 Petitioner,

           -against-

HUI CHEN,
                                 Respondent.
-------------------------------------------------------------X

S4 06 Cr. 457 (DC)
11 Civ. 995 (DC)

**JUDGMENT**

Petitioner having moved pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct her sentence, and the matter having come before the Honorable Denny Chin, United States District Judge, and the Court, on May 4, 2012, having rendered its Memorandum Decision that Chen has failed to demonstrate any basis for relief under 28 U.S.C. § 2255, and therefore denying her motion, and directing the Clerk to enter judgment and close this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision, dated May 7, 2012, Chen's motion is denied; the Court finds that because Chen has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue; the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Memorandum Decision dated May 7, 2012 would not be taken in good faith; accordingly, the case closed.

DATED: New York, New York
              May 7, 2012

RUBY J. KRAJICK
Clerk of Court

BY: _____
      Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____